FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAUN STEPHEN MURELL,<br><br>                         Plaintiff,<br><br>        v.<br><br>SOCIAL SECURITY ADMINISTRATION, RETIREMENT SERVIVORS DISABILITY INSURANCE, US DEPARTMENT OF THE TREASURY, BUREAU OF THE FISCAL SERVICE, ALAPHABET INC, HP INC, and BLACKROCK INC NACHA,<br><br>                         Defendants. | NO. 2:26-CV-0086-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is Defendants' Motion to Dismiss (ECF No. 10). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

Defendants filed a motion to dismiss on June 1, 2026 (ECF No. 10) to which Plaintiff has failed to respond. The Court may deem Plaintiff's failure to respond

ORDER OF DISMISSAL ~ 1

as consenting to the entry of an adverse ruling.  LCivR 7(e).  Moreover, a substantive review of Plaintiff's complaint reveals it is completely devoid of any facts stating a plausible claim.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  Defendants' Motion to Dismiss (ECF No. 10) is **GRANTED**.  Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to enter this Order, furnish copies to counsel and Plaintiff, and **CLOSE** the file.

DATED July 22, 2026.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL ~ 2